**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **IRIS CONNEX, LLC,** | |
| v. | Case No. 2:15-cv-1909 |
| **ACER AMERICA CORP.** | |
| **TCT MOBILE, INC. , *et al.*** | Case No. 2:15-cv-1910 |
| **APPLE INC.** | Case No. 2:15-cv-1911 |
| **ASUS COMPUTER INTERNATIONAL** | Case No. 2:15-cv-1913 |
| **BLACKBERRY CORPORATION** | Case No. 2:15-cv-1914 |
| **DELL INC.** | Case No. 2:15-cv-1915 |
| **FUJITSU AMERICA, INC.** | Case No. 2:15-cv-1916 |
| **HEWLETT-PACKARD COMPANY** | Case No. 2:15-cv-1917 |
| **HTC AMERICA, INC.** | Case No. 2:15-cv-1918 |
| **HUAWEI DEVICE USA INC.** | Case No. 2:15-cv-1919 |
| **LENOVO (UNITED STATES) INC., *et al.*** | Case No. 2:15-cv-1920 |
| **LG ELECTRONICS U.S.A., INC.** | Case No. 2:15-cv-1921 |
| **MICROSOFT CORPORATION** | Case No. 2:15-cv-1922 |
| **PANASONIC CORPORATION OF NORTH AMERICA** | Case No. 2:15-cv-1923 |
| **SAMSUNG ELECTRONICS AMERICA, INC.** | Case No. 2:15-cv-1924 |
| **SHARP ELECTRONICS CORPORATION** | Case No. 2:15-cv-1925 |
| **SONY MOBILE COMMUNICATIONS (USA), INC.** | Case No. 2:15-cv-1926 |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** | Case No. 2:15-cv-1927 |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Plaintiff Iris Connex, LLC ("Iris Connex"), files this unopposed motion to withdraw Keith Smiley as attorney of record for Iris Connex, and requests that he be removed from the CM/ECF noticing list and any other service lists in this case.  Iris Connex will continue to be represented by Tadlock Law Firm PLLC in this matter.

Plaintiff Iris Connex has conferred with counsel for Defendants in this action.  No Defendant expressed any opposition to the relief requested in this motion.

Wherefore, Plaintiff Iris Connex respectfully requests that the Court withdraw Keith Smiley as attorney of record from the docket in this case.

Dated: September 20, 2016       Respectfully submitted,

       */s/ Craig Tadlock*
Craig Tadlock
Texas State Bar No. 00791766
John J. Harvey, Jr.
Texas State Bar No. 09179770
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: john@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF
IRIS CONNEX, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), I hereby certify that I have conferred with counsel of record for all defendants regarding the subject matter of this motion, via email, and no defendant expressed any opposition to this motion.

       */s/ Craig Tadlock*
Craig Tadlock

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 20, 2016.

       */s/ Craig Tadlock*
Craig Tadlock