# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **IRIS CONNEX, LLC,**<br><br>      Plaintiff,<br>v.<br><br>**BLACKBERRY CORPORATION,**<br><br>      Defendant. | Case No. 2:15-cv-1914 |

## IRIS CONNEX'S SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that, on October 6, 2016, a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") was filed in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), by Plaintiff Iris Connex, LLC (the "Debtor"), Case No. 2:16-bk-23249. A true and correct copy of the bankruptcy petition filed by the Debtor is attached as Exhibit A hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code, the filing of a voluntary petition operates as an automatic stay of "the commencement or continuation, including issuance or employment or process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the case under [the Bankruptcy Code]" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) and 362(a)(3).

PLEASE TAKE FURTHER NOTICE that continuation of all proceedings against the Debtor in the above-referenced action is automatically stayed under the Bankruptcy Code. The Debtor reserves its right to bring an action in the Bankruptcy Court for any violation of the

automatic stay under section 362(a) of the Bankruptcy Code related, among other things, to the continuation of any proceedings against the Debtor in the above-referenced action.

Dated:  October 6, 2016                                                  Respectfully submitted,

  /s/ Craig Tadlock
Craig Tadlock
Texas State Bar No. 00791766
John J. Harvey, Jr.
Texas State Bar No. 09179770
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: john@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF
IRIS CONNEX, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 6, 2016.

  /s/ Craig Tadlock
Craig Tadlock